IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | BANKRUPTCY PROCEEDING |
| WEE CARE CHILD CARE CENTER, INC. | CASE NO: 04-03807 JEE |
| J. STEPHEN SMITH, EXAMINER | PLAINTIFF |
| VS. | ADVERSARY PROCEEDING NO. 06-00098 |
| W.D. "BUCK" RUSSUM | DEFENDANT |

### ORDER DISMISSING COMPLAINT

PURSUANT TO Order Approving Compromise and Settlement and Final Judgment entered by this Court on April 11, 2007, the Examiner has requested that his Complaint be dismissed.

THEREFORE, IT IS ORDERED that the Examiner's Complaint against W.D. "Buck" Russum pending as J. Stephen Smith, Examiner v. W.D. "Buck" Russum, Adversary Proceeding No. 06-00098 is hereby dismissed.

SO ORDERED.

Submitted by:

_[signature]_

Derek A. Henderson
Attorney for the Examiner